IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, on behalf of itself and all others similarly situated,<br><br>          Plaintiff,<br><br>          v.<br><br>THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC,<br><br>          Defendants. | Docket No. 2:16-cv-00506-NBF-MPK |

**MOTION FOR ADMISSION *PRO HAC VICE***

Kristine M. Brown, undersigned counsel for Defendants The Wendy's Company, Wendy's Restaurants, LLC, and Wendy's International, LLC (collectively, "Wendy's"), hereby moves that she be admitted to appear and practice in this Court as counsel *pro hac vice* for Wendy's pursuant to L.R. 83.2 and L.R. 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this Motion, undersigned counsel attaches the Declaration for Admission *Pro Hac Vice* of Kristine M. Brown filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order, as well as a Proposed Order for the Court's consideration.

Respectfully submitted this 23rd day of June, 2016.

**ALSTON & BIRD, LLP**

By: */s/ Kristine M. Brown*
Kristine McAlister Brown
Ga. Bar No. 480189
1201 West Peachtree Street
Atlanta, GA  30309
Telephone: (404) 881-7000
Fax: (404) 881-7777
Email:  kristy.brown@alston.com

Attorney for Defendants The Wendy's Company, Wendy's Restaurants, LLC, and Wendy's International, LLC

2

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, on behalf of itself and all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC, )<br><br>Defendants. ) | Docket No. 2:16-cv-00506-NBF-MPK |

### CERTIFICATE OF SERVICE

I, Kristine M. Brown, certify under penalty of perjury that on June 23, 2016, a true and correct copy of **MOTION FOR ADMISSION *PRO HAC VICE*** was served via CM/ECF on all counsel of record in this action registered to receive CM/ECF notification.

**ALSTON & BIRD, LLP**

By: */s/ Kristine M. Brown*
Kristine McAlister Brown
Ga. Bar No. 480189
1201 West Peachtree Street
Atlanta, GA  30309
Telephone: (404) 881-7000
Fax: (404) 881-7777
Email:  kristy.brown@alston.com

Attorney for Defendants The Wendy's Company, Wendy's Restaurants, LLC, and Wendy's International, LLC

3