UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, on behalf of itself and all others similarly situated,<br><br>                      Plaintiff,<br><br>    v.<br><br>THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC,<br><br>                      Defendants. | Case No. 2:16-cv-00506-NBF-MPK<br><br>District Judge Nora Barry Fischer<br><br>Magistrate Judge Maureen P. Kelly |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2016, upon consideration of Plaintiff First Choice Federal Credit Union's motion under Fed. R. Civ. P. 42(a)(2) to consolidate this action and four other related actions pending in this Court, it is hereby ORDERED that the motion is GRANTED.

The Clerk is directed to consolidate this action and the four listed below:

1) *Veridian Credit Union v. The Wendy's Company et al.*, No. 2:16-cv-00831-MPK (W.D. Pa., filed June 15, 2016);

2) *Tech Credit Union v. The Wendy's Company et al.*, No. 2:16-cv-00854-MPK (W.D. Pa., filed June 16, 2016);

3) *South Florida Educational Federal Credit Union et al. v. The Wendy's Company et al.*, No. 2:16-cv-00873-MPK (W.D. Pa., filed June 17, 2016); and

4) *AOD Federal Credit Union v. The Wendy's Company et al.*, No. 2:16-cv-00900-MPK (W.D. Pa., filed June 20, 2016).

SO ORDERED.

By the Court,

_____