Local Rules of Court
Western District of Pennsylvania

February 1, 2013

APPENDIX LCvR 83.2B-MOTION

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

South Florida Educational Federal Credit Union and Preferred Credit Union, on Behalf of Themselves and All Others Similarly Situated,

          Plaintiffs,

v.

The Wendy's Company, Wendy's Restaurants, LLC, and Wendy's International, LLC,

          Defendants.

Case No. 2:16-cv-00873-MPK

**MOTION FOR ADMISSION *PRO HAC VICE* OF BRYAN L. BLEICHNER**

Bryan L. Bleichner, undersigned counsel for Plaintiffs, hereby moves that Bryan L. Bleichner be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiffs in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Bryan L. Bleichner filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: July 14, 2016	Respectfully submitted,

                              **CHESTNUT CAMBRONNE PA**

                              By _____
                                   Bryan L. Bleichner (#0326689)
                                   17 Washington Avenue North, Suite 300
                                   Minneapolis, MN 55401
                                   (612) 339-7300
                                   bbleichner@chestnutcambronne.com

                              **ATTORNEYS FOR PLAINTIFFS**