# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC,<br><br>Defendants. | Case No. 2:16-cv-00506-NBF-MPK<br><br>District Judge Nora Barry Fischer<br><br>Magistrate Judge Maureen P. Kelly |

**MOTION FOR ADMISSION *PRO HAC VICE* OF KAREN H. RIEBEL**

Karen H. Riebel, undersigned counsel for Plaintiffs, hereby moves that Karen H. Riebel be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiffs in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attached the Affidavit for Admissions Pro Hac Vice of Karen H. Riebel filed herewith, which, it is averred, satisfied the requirements of the foregoing Local Rules and Standing Order.

Dated: July 18, 2016

Respectfully submitted,

s/Karen H. Riebel
Karen H. Riebel (Bar ID No. MN219770)
**Lockridge Grindal Nauen P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
612-339-6900
Email: khriebel@locklaw.com

*Counsel for Plaintiffs*

506008.1

## CERTIFICATE OF SERVICE

I hereby certify that, on July 18, 2016, a true and correct copy of this Motion for Admission was filed and served on all counsel of record via the Court's electronic filing system.

/s/Karen H. Riebel