# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC,<br><br>                Defendants. | Case No. 2:16-cv-0506-NBF-MPK<br><br>District Judge Nora Barry Fischer<br><br>Magistrate Judge Maureen P. Kelly |

## MOTION FOR ADMISSION *PRO HAC VICE* OF BRIAN C. GUDMUNDSON

Brian C. Gudmundson, undersigned counsel for Plaintiffs, hereby moves that he be admitted to appear and practice in this Court as counsel *pro hac vice* for Plaintiff in the above-captioned matter pursuant to LCvR. 83.2 and LCvR. 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Declaration of Admission *Pro Hac Vice* of Brian C. Gudmundson filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order, as well as a Proposed Order for the Court's consideration.

Dated: July 21, 2016

Respectfully submitted,

s/ Brian C. Gudmundson
Brian C. Gudmundson, MN Bar No. 336695
ZIMMERMAN REED, LLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN  55402
(612) 341-0400 – Telephone

(612) 341-0844 – Facsimile
brian.gudmundson@zimmreed.com

## CERTIFICATE OF SERVICE

I hereby certify that, on July 21, 2016, a true and correct copy of this Motion for Admission *Pro Hac Vice* of Brian Gudmundson was filed and served on all counsel of record via the Court's electronic filing system.

s/ Brian C. Gudmundson