UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, on behalf of itself and all others similarly situation,<br><br>Plaintiff,<br><br>v.<br><br>THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, AND WENDY'S INTERNATIONAL, LLC,<br><br>Defendants. | Case No. 2:16-cv-506<br><br>District Judge Nora Barry Fischer<br><br>Magistrate Judge Maureen P. Kelly |

## MOTION FOR ADMISSION *PRO HAC VICE* OF BRYAN L. BLEICHNER

Bryan L. Bleichner, undersigned counsel for Plaintiffs, hereby moves that Bryan L. Bleichner be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiffs in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Bryan L. Bleichner filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated:  July 22, 2016                Respectfully submitted,

                                     CHESTNUT CAMBRONNE PA

                                     By _____
                                        Bryan L. Bleichner (#0326689)
                                        17 Washington Avenue North, Suite 300
                                        Minneapolis, MN 55401
                                        (612) 339-7300
                                        bbleichner@chestnutcambronne.com

                                     ATTORNEYS FOR PLAINTIFFS