## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Docket No. 2:16-cv-00506-NBF-MPK |
| v. | ) ) ) | |
| THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC, | ) ) ) ) | |
| Defendants. | ) | |

### MOTION FOR ADMISSION *PRO HAC VICE*

Dominique R. Shelton, undersigned counsel for Defendants The Wendy's Company, Wendy's Restaurants, LLC, and Wendy's International, LLC (collectively, "Wendy's"), hereby moves that she be admitted to appear and practice in this Court as counsel *pro hac vice* for Wendy's pursuant to L.R. 83.2 and L.R. 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this Motion, undersigned counsel attaches the Declaration for Admission *Pro Hac Vice* of Dominique R. Shelton filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order, as well as a Proposed Order for the Court's consideration.

Respectfully submitted this 25th day of July, 2016.

                                **ALSTON & BIRD, LLP**

          By: */s/ Dominique R. Shelton*
                Dominique R. Shelton
                Cal. Bar No. 157710
                333 South Hope Street, 16th Floor
                Los Angeles, California 90071
                Telephone: (213) 576-1000
                Fax: (213) 576-1100
                Email:  dominique.shelton@alston.com

                Attorney for Defendants The Wendy's
                Company, Wendy's Restaurants, LLC, and
                Wendy's International, LLC

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, on behalf of itself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Docket No. 2:16-cv-00506-NBF-MPK |

### CERTIFICATE OF SERVICE

I, Dominique R. Shelton, certify under penalty of perjury that on July 25, 2016, a true and correct copy of **MOTION FOR ADMISSION *PRO HAC VICE*** was served via CM/ECF on all counsel of record in this action registered to receive CM/ECF notification.

**ALSTON & BIRD, LLP**

By: */s/ Dominique R. Shelton*
　　Dominique R. Shelton
　　Cal. Bar No. 157710
　　333 South Hope Street, 16th Floor
　　Los Angeles, California 90071
　　Telephone: (213) 576-1000
　　Fax: (213) 576-1100
　　Email: dominique.shelton@alston.com

　　Attorney for Defendants The Wendy's Company, Wendy's Restaurants, LLC, and Wendy's International, LLC