IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC, <br><br> Defendants. | Docket No. 2:16-cv-00506-NBF-MPK |

## MOTION FOR ADMISSION *PRO HAC VICE*

Donald M. Houser, undersigned counsel for Defendants The Wendy's Company, Wendy's Restaurants, LLC, and Wendy's International, LLC (collectively, "Wendy's")., hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Wendy's pursuant to L.R. 83.2 and L.R. 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this Motion, undersigned counsel attaches the Declaration for Admission *Pro Hac Vice* of Donald M. Houser filed herewith which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order, as well as a Proposed Order for the Court's consideration.

Respectfully submitted this 25th day of July, 2016

                **ALSTON & BIRD, LLP**

By: */s/ Donald M. Houser*
      Donald M. Houser
      Ga. Bar No. 157238
      1201 West Peachtree Street
      Atlanta, GA  30309
      Telephone: (404) 881-4749
      Fax: (404) 253-8878
      Email:  donald.houser@alston.com

      Attorney for Defendants The Wendy's Company, Wendy's Restaurants, LLC, and Wendy's International, LLC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, on behalf of itself and all others similarly situated, | ) Docket No. 2:16-cv-00506-NBF-MPK ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC, | ) ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, Donald M. Houser, certify under penalty of perjury that on July 25, 2016, a true and correct copy of **MOTION FOR ADMISSION *PRO HAC VICE*** was served via CM/ECF on all counsel of record in this action registered to receive CM/ECF notification.

**ALSTON & BIRD, LLP**

By: */s/ Donald M. Houser*
    Donald M. Houser
    Ga. Bar No. 157238
    1201 West Peachtree Street
    Atlanta, GA  30309
    Telephone: (404) 881-4749
    Fax: (404) 253-8878
    Email:  donald.houser@alston.com

    Attorney for Defendants The Wendy's Company, Wendy's Restaurants, LLC, and Wendy's International, LLC