# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, on behalf of itself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC,<br><br>　　　　　　　Defendants. | Case No. 2:16-cv-0506-NBF-MPK<br><br>District Judge Nora Barry Fischer<br><br>Magistrate Judge Maureen P. Kelly |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JONATHAN S. MANN

Jonathan S. Mann, undersigned counsel for Plaintiffs, hereby moves that he be admitted to appear and practice in this Court as counsel *pro hac vice* for Plaintiff in the above-captioned matter pursuant to LCvR. 83.2 and LCvR. 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2016 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Declaration of Admission *Pro Hac Vice* of Jonathan S. Mann filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order, as well as a Proposed Order for the Court's consideration.

Dated: July 29, 2016　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　s/ Jonathan S. Mann
　　　　　　　　　　　　　　　　　　　　　　　Jonathan S. Mann
　　　　　　　　　　　　　　　　　　　　　　　AL Bar No. ASB-1083-A36M
　　　　　　　　　　　　　　　　　　　　　　　PITTMAN, DUTTON & HELLUMS, P.C.
　　　　　　　　　　　　　　　　　　　　　　　2001 Park Place North, Suite 1100
　　　　　　　　　　　　　　　　　　　　　　　Birmingham, AL  35203
　　　　　　　　　　　　　　　　　　　　　　　(205) 322-8880 – Telephone

(205) 328-2711 – Facsimile
jonm@pittmandutton.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 29, 2016, a true and correct copy of this Motion for Admission *Pro Hac Vice* of Jonathan S. Mann was filed and served on all counsel of record via the Court's electronic filing system.

s/ Jonathan S. Mann