UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 2:16-CV-0506-NBF-MPK |
| v. | District Judge Nora Barry Fischer |
| THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC, | Magistrate Judge Maureen P. Kelly |
| Defendants. | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF KAREN SHARP HALBERT**

Karen Sharp Halbert, undersigned counsel for Plaintiffs, hereby moves that she be admitted to appear and practice in this Court as counsel *pro hac vice* for Plaintiff in the above-captioned matter pursuant to LCvR. 83.2 and LCvR. 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2016 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Declaration of Admission *Pro Hac Vice* of Karen Sharp Halbert filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order, as well as a Proposed Order for the Court's consideration.

Dated: August 2, 2016                               Respectfully submitted,

/s/ *Karen Sharp Halbert*
Karen Sharp Halbert
Arkansas Bar No. 2001019
Roberts Law Firm
20 Rahling Circle
Little Rock, AR 72223
(501) 821-5575 – Telephone
(501) 821-4474– Facsimile
karenhalbert@robertslawfirm.us

## CERTIFICATE OF SERVICE

I hereby certify that, on August 2, 2016, a true and correct copy of this Motion for Admission *Pro Hac Vice* of Karen Sharp Halbert was filed and served on all counsel of record via the Court's electronic filing system.

/s/ *Karen Sharp Halbert*