IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, ) <br> on behalf of all others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE WENDY'S COMPANY, WENDY'S ) <br> RESTAURANTS, LLC, and ) <br> WENDY'S INTERNATIONAL, LLC, ) <br> ) <br> Defendants, ) | Case No. 2:16-cv-0506-NBF-MPK <br><br> District Judge Nora Barry Fischer <br><br> Magistrate Judge Maureen P. Kelly |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ARTHUR M. MURRAY**

Arthur M. Murray, undersigned counsel for Plaintiffs, hereby moves that he be admitted to appear and practice in this Court as counsel *pro hac vice* for Plaintiffs in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Declaration of Admission *Pro Hac Vice* of Arthur M. Murray filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order, as well as a Proposed Order for the Court's consideration.

Dated:       August 30, 2016            Respectfully submitted,

                                        /s/ Arthur M. Murray
                                        Arthur M. Murray (La. Bar No. 27694)
                                        MURRAY LAW FIRM
                                        650 Poydras Street, Suite 2150
                                        New Orleans, LA 70130
                                        Telephone:    504-525-8100
                                        Facsimile:    504-584-5249
                                        amurray@murray-lawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that, on August 30, 2016, a true and correct copy of this Motion for Admission *Pro Hac Vice* of Arthur M. Murray was filed and served on all counsel of record via the Court's electronic filing system.

<u>/s/ Arthur M. Murray</u>