UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, on behalf of itself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC,<br><br>　　　　　　　Defendants. | Case No. 2:16-cv-00506-NBF-MPK<br><br>District Judge Nora Barry Fischer<br><br>Magistrate Judge Maureen P. Kelly |

### MOTION FOR ADMISSION *PRO HAC VICE* OF CHARLES H. VAN HORN

　　Charles H. Van Horn, undersigned counsel for Plaintiffs, hereby moves that Charles H. Van Horn be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiffs in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

　　In support of this motion, undersigned counsel attached the Affidavit for Admissions Pro Hac Vice of Charles H. Van Horn filed herewith, which, it is averred, satisfied the requirements of the foregoing Local Rules and Standing Order.

Dated:  September 26th, 2016　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　s/ Charles H. Van Horn
　　　　　　　　　　　　　　　　　　　　Charles H. Van Horn (Bar ID No. GA 724710)
　　　　　　　　　　　　　　　　　　　　**Berman Fink Van Horn P.C.**
　　　　　　　　　　　　　　　　　　　　3475 Piedmont Road
　　　　　　　　　　　　　　　　　　　　Suite 1100
　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30305
　　　　　　　　　　　　　　　　　　　　404-261-7711
　　　　　　　　　　　　　　　　　　　　Email: cvanhorn@bfvlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

508190.1

## CERTIFICATE OF SERVICE

I hereby certify that, on September 26, 2016, a true and correct copy of this Motion for Admission was filed and served on all counsel of record via the Court's electronic filing system.

/s/Charles H. Van Horn