## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, on behalf of itself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 2:16-cv-00506-NBF-MPK |
| THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC, | ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF STEVEN NATHAN**

Steven Nathan, undersigned counsel for Plaintiff, hereby moves that Steven Nathan be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff Tech Credit Union in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151)

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Steven Nathan filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: July 17, 2017                              Respectfully submitted,

/s/ *Steve Nathan*
Steven Nathan
HAUSFELD LLP
33 Whitehall Street, Ste. 1401
New York, NY 10004
646-357-1194
CA Bar No. 153250
NY Bar No. 2156289


*Counsel for Plaintiff*