# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, et al., | Civil Action No.: 2:16-cv-00506-NBF-MPK |
| Plaintiffs, | Chief Magistrate Judge Maureen P. Kelly |
| v. | *ELECTRONICALLY FILED* |
| THE WENDY'S COMPANY, et al., | |
| Defendants. | |

## MOTION FOR ADMISSION PRO HAC VICE OF KATE M. BAXTER-KAUF

Kate M. Baxter-Kauf, undersigned counsel for Plaintiffs, hereby moves that Kate M. Baxter-Kauf be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiffs in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151)

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Kate M. Baxter-Kauf filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: August 23, 2017

Respectfully submitted,

*/s/ Kate M. Baxter-Kauf*
Kate M. Baxter-Kauf
**Lockridge Grindal Nauen P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4007
Facsimile: (612) 339-0981
kmbaxter-kauf@locklaw.com

*Counsel for Plaintiffs*

519672.1