IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, on behalf of itself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) Docket No. 2:16-cv-00506-NBF-MPK ) |
| v. | ) ) |
| THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC, | ) ) ) ) |
| Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Cassandra K. Johnson, undersigned counsel for Defendants The Wendy's Company, Wendy's Restaurants, LLC, and Wendy's International, LLC (collectively, "Wendy's"), hereby moves that she be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Wendy's pursuant to L.R. 83.2 and L.R. 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this Motion, undersigned counsel attaches the Declaration for Admission *Pro Hac Vice* of Cassandra K. Johnson filed herewith which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order, as well as a Proposed Order for the Court's consideration.

Respectfully submitted this 14th day of September, 2017

        **ALSTON & BIRD, LLP**

        By: */s/ Cassandra K. Johnson*
            Cassandra K. Johnson
            Ga. Bar No. 537475
            1201 West Peachtree Street
            Atlanta, GA  30309
            Telephone: (404) 881-7408
            Email:  cassie.johnson@alston.com

            Attorney for Defendants The Wendy's Company, Wendy's Restaurants, LLC, and Wendy's International, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, on behalf of itself and all others similarly situated, | ) Docket No. 2:16-cv-00506-NBF-MPK ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC, | ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Cassandra K. Johnson, certify under penalty of perjury that on September 15, 2017, a true and correct copy of **MOTION FOR ADMISSION *PRO HAC VICE*** was served via CM/ECF on all counsel of record in this action registered to receive CM/ECF notification.

**ALSTON & BIRD, LLP**

By: */s/ Cassandra K. Johnson*
 Cassandra K. Johnson
 Ga. Bar No. 537475
 1201 West Peachtree Street
 Atlanta, GA  30309
 Telephone: (404) 881-7408
 Email:  cassie.johnson@alston.com

 Attorney for Defendants The Wendy's Company, Wendy's Restaurants, LLC, and Wendy's International, LLC