IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, on behalf of itself and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | ) Docket No. 2:16-cv-00506-NBF-MPK |
| v. | )<br>)<br>) |
| THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC, | )<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Gavin Reinke, undersigned counsel for Defendants The Wendy's Company, Wendy's Restaurants, LLC, and Wendy's International, LLC (collectively, "Wendy's"), hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Wendy's pursuant to L.R. 83.2 and L.R. 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this Motion, undersigned counsel attaches the Declaration for Admission *Pro Hac Vice* of Gavin Reinke filed herewith which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order, as well as a Proposed Order for the Court's consideration.

Respectfully submitted this 15th day of September, 2017

**ALSTON & BIRD, LLP**

By: */s/ Gavin Reinke*
Gavin Reinke
Ga. Bar No. 159424
1201 West Peachtree Street
Atlanta, GA  30309
Telephone: (404) 881-4828
Fax: (404) 881-7777
Email:  gavin.reinke@alston.com

Attorney for Defendants The Wendy's Company, Wendy's Restaurants, LLC, and Wendy's International, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, on behalf of itself and all others similarly situated,<br><br>            Plaintiff,<br><br>            v.<br><br>THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC,<br><br>            Defendants. | Docket No. 2:16-cv-00506-NBF-MPK |

## **CERTIFICATE OF SERVICE**

I, Gavin Reinke, certify under penalty of perjury that on September 15, 2017, a true and correct copy of **MOTION FOR ADMISSION *PRO HAC VICE*** was served via CM/ECF on all counsel of record in this action registered to receive CM/ECF notification.

**ALSTON & BIRD, LLP**

By: */s/ Gavin Reinke*
      Gavin Reinke
      Ga. Bar No. 159424
      1201 West Peachtree Street
      Atlanta, GA  30309
      Telephone: (404) 881-4828
      Fax: (404) 881-7777
      Email:  gavin.reinke@alston.com

      Attorney for Defendants The Wendy's Company, Wendy's Restaurants, LLC, and Wendy's International, LLC