IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, on behalf of itself and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | ) Docket No. 2:16-cv-00506-NBF-MPK |
| v. | )<br>) |
| THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC, | )<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Jonathan Parente, undersigned counsel for Defendants The Wendy's Company, Wendy's Restaurants, LLC, and Wendy's International, LLC (collectively, "Wendy's"), hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Wendy's pursuant to L.R. 83.2 and L.R. 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this Motion, undersigned counsel attaches the Declaration for Admission *Pro Hac Vice* of Jonathan Parente filed herewith which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order, as well as a Proposed Order for the Court's consideration.

Respectfully submitted this 18th day of October, 2017

                         **ALSTON & BIRD, LLP**

                    By: */s/ Jonathan Parente*
                         Jonathan Parente
                         Ga. Bar No. 425727
                         1201 West Peachtree Street
                         Atlanta, GA 30309
                         Telephone: (404) 881-7184
                         Fax: (404) 881-7777
                         Email: jonathan.parente@alston.com

                         Attorney for Defendants The Wendy's Company, Wendy's Restaurants, LLC, and Wendy's International, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC, <br><br> Defendants. | Docket No. 2:16-cv-00506-NBF-MPK |

## CERTIFICATE OF SERVICE

I, Jonathan Parente, certify under penalty of perjury that on October 18, 2017, a true and correct copy of **MOTION FOR ADMISSION *PRO HAC VICE*** was served via CM/ECF on all counsel of record in this action registered to receive CM/ECF notification.

ALSTON & BIRD, LLP

By: /s/ *Jonathan Parente*
Jonathan Parente
Ga. Bar No. 425727
1201 West Peachtree Street
Atlanta, GA  30309
Telephone: (404) 881-7184
Fax: (404) 881-7777
Email: jonathan.parente@alston.com

Attorney for Defendants The Wendy's Company, Wendy's Restaurants, LLC, and Wendy's International, LLC

3