UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, AOD FEDERAL CREDIT UNION, TECH CREDIT UNION, VERIDIAN CREDIT UNION, SOUTH FLORIDA EDUCATIONAL FEDERAL CREDIT UNION, PREFERRED CREDIT UNION, ALCOA COMMUNITY FEDERAL CREDIT UNION, ASSOCIATED CREDIT UNION, CENTRUE BANK, ENVISTA CREDIT UNION, FIRST NBC BANK, NAVIGATOR CREDIT UNION, THE SEYMOUR BANK, FINANCIAL HORIZONS CREDIT UNION, NUSENDA CREDIT UNION, GREATER CINCINNATI CREDIT UNION, KEMBA FINANCIAL CREDIT UNION, WRIGHT-PATT CREDIT UNION, and MEMBERS CHOICE CREDIT UNION, on Behalf of Themselves and All Others Similarly Situated, <br><br> and <br><br> CREDIT UNION NATIONAL ASSOCIATION, GEORGIA CREDIT UNION AFFILIATES, INDIANA CREDIT UNION LEAGUE, MICHIGAN CREDIT UNION LEAGUE, and OHIO CREDIT UNION LEAGUE, <br><br>                        Plaintiffs, <br><br>                        v. <br><br> THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC,, <br><br>                        Defendants. | Civil No. 2:16-cv-00506-NBF-MPK <br><br> ▬▬▬▬ ORDER GRANTING JOINT MOTION FOR EXTENSION OF CASE MANAGEMENT DEADLINES <br><br> Re: ECF No. 122 |

AND NOW, having considered the parties' Joint Motion for Extension, and for good cause shown, it is hereby ORDERED said motion is GRANTED. The parties shall comply with the following deadlines:

- January 19, 2018. Deadline for completing initial discovery focusing on choice of law and the franchisor-franchisee relationship as contemplated in the Parties' Rule 26(f) Report, ECF No. 94.

- January 19, 2018. Deadline for Plaintiffs' motion and brief regarding choice of law (not to exceed 30 pages).

- February 19, 2018. Deadline for Defendants' response brief regarding choice of law (not to exceed 30 pages).

- March 21, 2018. Deadline for Plaintiffs' reply brief regarding choice of law (not to exceed 20 pages).

Dated: 11/8/17

*[signature]*
The Honorable Maureen P. Kelly
United States Magistrate Judge