# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, AOD FEDERAL CREDIT UNION, TECH CREDIT UNION, VERIDIAN CREDIT UNION, SOUTH FLORIDA EDUCATIONAL FEDERAL CREDIT UNION, PREFERRED CREDIT UNION, ALCOA COMMUNITY FEDERAL CREDIT UNION, ASSOCIATED CREDIT UNION, CENTRUE BANK, ENVISTA CREDIT UNION, FIRST NBC BANK, NAVIGATOR CREDIT UNION, THE SEYMOUR BANK, FINANCIAL HORIZONS CREDIT UNION, NUSENDA CREDIT UNION, GREATER CINCINNATI CREDIT UNION, KEMBA FINANCIAL CREDIT UNION, WRIGHT-PATT CREDIT UNION, and MEMBERS CHOICE CREDIT UNION, on Behalf of Themselves and All Others Similarly Situated, <br><br> and <br><br> CREDIT UNION NATIONAL ASSOCIATION, GEORGIA CREDIT UNION AFFILIATES, INDIANA CREDIT UNION LEAGUE, MICHIGAN CREDIT UNION LEAGUE, and OHIO CREDIT UNION LEAGUE, <br><br>      Plaintiffs, <br><br>   v. <br><br> THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC, <br><br>      Defendants. | Civil No. 2:16-cv-00506-NBF-MPK <br><br> **JOINT MOTION FOR ENLARGEMENT OF PAGE LIMITS** |

## JOINT MOTION FOR ENLARGEMENT OF PAGE LIMITS

Plaintiffs and Defendants (collectively the "Parties"), by and through their undersigned counsel, hereby move for an enlargement of the page limits for the upcoming choice of law briefing. *See* ECF No. 123. In support, the Parties state as follows:

1. The Parties have engaged in significant discovery. Specifically, Defendants have served document requests and interrogatories on Plaintiffs, and Plaintiffs have been producing documents on a rolling basis, including ESI. Plaintiffs likewise have served document requests on Defendants, and Defendants have been making a rolling production of documents in response to such requests, including ESI. To date, Defendants have produced over 2.5 million pages of responsive documents. In addition to the exchange of written discovery, Defendants have deposed 15 representatives of the financial institution Plaintiffs, and Plaintiffs have deposed Defendants' representative pursuant to Fed. R. Civ. P. 30(b)(6). Additionally, Plaintiffs have served subpoenas on various third parties, seeking both documents and testimony of a designated representative from each third party.

2. The current page limit is 30 pages for the opening and response briefs and 20 pages for the reply brief.

3. To provide the Court with a fulsome description of the legal theory of the case and factual background associated with the choice of law issue, as well as to cite to the extensive evidence in the record, the Parties respectfully request an extension to 40 pages for the opening and response briefs, 25 pages for the reply brief, and leave for Defendants to file a 20-page sur-reply consistent with the Court's practice in this case of permitting sur-replies. *See, e.g.*, ECF No. 76 (Plaintiffs' sur-reply in opposition to Defendants' motion to dismiss); *see also* ECF No. 87 (Plaintiffs' sur-reply).

WHEREFORE, the Parties respectfully request that the Court grant their motion and enter the attached proposed order enlarging the page limits for the choice of law briefs and granting Defendants leave to file a 20-page sur-reply by April 11, 2018.

DATED:  January 16, 2018

| | |
|---|---|
| */s/ Gary F. Lynch* | */s/ Erin Green Comite* |
| Gary F. Lynch | Erin Green Comite |
| **CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP** | **SCOTT+SCOTT, ATTORNEYS AT LAW, LLP** |
| 1133 Penn Avenue, 5th Floor | 156 South Main Street |
| Pittsburgh, PA 15222 | P.O. Box 192 |
| Telephone: (412) 322-9243 | Colchester, CT 06415 |
| Facsimile: (412) 231-0246 | Telephone: (860) 537-5537 |
| glynch@carlsonlynch.com | Facsimile: (860) 537-4432 |
| | ecomite@scott-scott.com |

*Co-Lead Counsel for Plaintiffs*

*/s/ Donald M. Houser*
Donald M. Houser
Kristine McAlister Brown
**ALSTON & BIRD, LLP**
1201 W. Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404)-881-7000
Facsimile: (404) 881-7777
donald.houser@alston.com
kristy.brown@alston.com

Stephen S. Stallings
Rebecca L. Silinski
**STEPHEN S. STALLINGS, ESQUIRE**
The Osterling Building
228 Isabella Street
Pittsburgh, PA 15212
Telephone: (412) 322-7777
Facsimile: (412) 322-7773
attorney@stevestallingslaw.com
rsilinski@stevestallingslaw.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

 */s/ Erin Green Comite*
 Erin Green Comite