UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, AOD FEDERAL CREDIT UNION, TECH CREDIT UNION, VERIDIAN CREDIT UNION, SOUTH FLORIDA EDUCATIONAL FEDERAL CREDIT UNION, PREFERRED CREDIT UNION, ALCOA COMMUNITY FEDERAL CREDIT UNION, ASSOCIATED CREDIT UNION, CENTRUE BANK, ENVISTA CREDIT UNION, FIRST NBC BANK, NAVIGATOR CREDIT UNION, THE SEYMOUR BANK, FINANCIAL HORIZONS CREDIT UNION, NUSENDA CREDIT UNION, GREATER CINCINNATI CREDIT UNION, KEMBA FINANCIAL CREDIT UNION, WRIGHT-PATT CREDIT UNION, and MEMBERS CHOICE CREDIT UNION, on Behalf of Themselves and All Others Similarly Situated, <br><br> and <br><br> CREDIT UNION NATIONAL ASSOCIATION, GEORGIA CREDIT UNION AFFILIATES, INDIANA CREDIT UNION LEAGUE, MICHIGAN CREDIT UNION LEAGUE, and OHIO CREDIT UNION LEAGUE, <br><br> Plaintiffs, <br><br> v. <br><br> THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC, <br><br> Defendants. | Case No. 2:16-cv-00506-NBF-MPK <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

AND NOW, having considered the Plaintiffs' motion for leave to file documents under seal in connection with their choice of law motion and brief, it is hereby ORDERED that the motion is GRANTED. In accordance with this Court's local rules and procedures, Plaintiffs may file under seal the portions of all exhibits and deposition transcripts previously designated confidential under the pending protective order.

Dated: 1/17/18

Hon. Maureen P. Kelly

United States Magistrate Judge