# EX. 1

**FILED UNDER SEAL PURSUANT TO ORDER DATED JANUARY 17, 2018**