# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, AOD FEDERAL CREDIT UNION, TECH CREDIT UNION, VERIDIAN CREDIT UNION, SOUTH FLORIDA EDUCATIONAL FEDERAL CREDIT UNION, PREFERRED CREDIT UNION, ALCOA COMMUNITY FEDERAL CREDIT UNION, ASSOCIATED CREDIT UNION, CENTRUE BANK, ENVISTA CREDIT UNION, FIRST NBC BANK, NAVIGATOR CREDIT UNION, THE SEYMOUR BANK, FINANCIAL HORIZONS CREDIT UNION, NUSENDA CREDIT UNION, GREATER CINCINNATI CREDIT UNION, KEMBA FINANCIAL CREDIT UNION, WRIGHT-PATT CREDIT UNION, and MEMBERS CHOICE CREDIT UNION, on Behalf of Themselves and All Others Similarly Situated,<br><br>and<br><br>CREDIT UNION NATIONAL ASSOCIATION, GEORGIA CREDIT UNION AFFILIATES, INDIANA CREDIT UNION LEAGUE, MICHIGAN CREDIT UNION LEAGUE, and OHIO CREDIT UNION LEAGUE,<br><br>      Plaintiffs,<br><br>  v.<br><br>THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC,<br><br>      Defendants | Civil No. 2:16-cv-00506-NBF-MPK<br><br>Chief Magistrate Judge Maureen P. Kelly<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF CAREY ALEXANDER** |

Carey Alexander, undersigned counsel for Plaintiffs, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for

Plaintiffs pursuant to LCvR 83.2 and 83.3 and this Court's May 31, 2006 Standing Order Regarding *Pro Hac Vice* Admissions (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Carey Alexander filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

                                              Respectfully submitted,
                                              **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

Dated:  May 14, 2018              */s/ Carey Alexander*
                                              Carey Alexander (NY 5188461)
                                              The Helmsley Building
                                              230 Park Avenue, 17th Floor
                                              New York, NY 10169
                                              Telephone:  212-223-6444
                                              Facsimile:   212-223-6334
                                              calexander@scott-scott.com

                                              *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion for Admission *Pro Hac Vice* of Carey Alexander was electronically filed on May 14, 2018 with the Clerk of Court for the Western District of Pennsylvania using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Carey Alexander*
Carey Alexander (NY 5188461)