## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Docket No. 2:16-cv-00506-NBF-MPK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION FOR ADMISSION *PRO HAC VICE*

Marguerite Ashley Miller, undersigned counsel for Defendants The Wendy's Company, Wendy's Restaurants, LLC, and Wendy's International, LLC (collectively, "Wendy's"), hereby moves that she be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Wendy's pursuant to L.R. 83.2 and L.R. 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this Motion, undersigned counsel attaches the Declaration for Admission *Pro Hac Vice* of Marguerite Ashley Miller filed herewith which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order, as well as a Proposed Order for the Court's consideration.

Respectfully submitted this 27th day of June, 2018

## ALSTON & BIRD, LLP

By: */s/ Marguerite Ashley Miller*
    Marguerite Ashley Miller
    Ga. Bar No. 330929
    1201 West Peachtree Street
    Atlanta, GA  30309
    Telephone: (404) 881-7831
    Email:  Ashley.miller@alston.com

    Attorney for Defendants The Wendy's
    Company, Wendy's Restaurants, LLC, and
    Wendy's International, LLC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FIRST CHOICE FEDERAL CREDIT UNION, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>THE WENDY'S COMPANY, WENDY'S RESTAURANTS, LLC, and WENDY'S INTERNATIONAL, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Docket No. 2:16-cv-00506-NBF-MPK<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Marguerite Ashley Miller, certify under penalty of perjury that on June 27, 2018, a true and correct copy of **MOTION FOR ADMISSION *PRO HAC VICE*** was served via CM/ECF on all counsel of record in this action registered to receive CM/ECF notification.

**ALSTON & BIRD, LLP**

By: */s/ Marguerite Ashley Miller*
  Marguerite Ashley Miller
  Ga. Bar No. 330929
  1201 West Peachtree Street
  Atlanta, GA  30309
  Telephone: (404) 881-7831
  Email:  Ashley.miller@alston.com

  Attorney for Defendants The Wendy's Company, Wendy's Restaurants, LLC, and Wendy's International, LLC